UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BLAYLOCK,

     Plaintiff,

                              Case No. 1:25-cv-757

v.

                              Hon. Hala Y. Jarbou

MICHAEL BURGESS, et al.,

     Defendants.

_____/

## ORDER

On April 24, 2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) that the Court deny Defendant Boerema's motion for summary judgment. (R&R, ECF No. 22.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Boerema's motion for summary judgment (ECF No. 15) is **DENIED**.


Dated: May 11, 2026                    /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE